# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No.  07-cr-00193-LTB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.  BRENDAN B. BAKER,

        Defendant.

## ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

Upon petition of the United States and for good cause shown, it is hereby

ORDERED that the Clerk of the Court issue a writ to the United States Marshals Service requiring the United States Marshal to produce BRENDAN B. BAKER before a United States Magistrate Judge forthwith for proceedings and appearances upon the charges in the Indictment, and to hold him at all times in the United States Marshal's custody as an agent of the United States of America until final disposition of the defendant's case, and thereafter to return the defendant to the institution where he is now confined.

SO ORDERED this  21st  day of May, 2007.

        s/Lewis T. Babcock
LEWIS T. BABCOCK, CHIEF JUDGE
UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO